IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MIKE A. WELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:10CV721–HEH |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS MATTER is before the Court on a Report and Recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B), filed by the Honorable Dennis W. Dohnal, United States Magistrate Judge, on January 9, 2012. Having reviewed the R&R and Plaintiff's Objections (Dk. No. 12) thereto, this Court HEREBY OVERRULES Plaintiff's Objections and ACCEPTS and ADOPTS the R&R for the reasons stated in the accompanying Memorandum Opinion. In accordance with the R&R, the Plaintiff's Motion for Summary Judgment (Dk. No. 8) is DENIED. The Defendant's Motion for Summary Judgment (Dk. No. 9) is GRANTED, and the final decision of the Commissioner is AFFIRMED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

_HvH_ /s/
Henry E. Hudson
United States District Judge

Date: March 21, 2012
Richmond, VA